831 A.2d 597

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shaun Christopher WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 10, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of September, 2003, the order entered in this matter on July 29, 2003 is hereby vacated, and the Petition for Allowance of Appeal is denied.